**United States District Court for the District
Of Columbia - Civil Division**

| | | |
|---|---|---|
| **Richard M. Harris, DS-6687,** | : | |
| **Plaintiff** | : | No. 1:08-cv-00113 |
| | : | |
| v. | : | (Judge Emmet G. Sullivan) |
| | : | |
| **U.S. Dept. of Justice, U.S. C.I.A.,** | : | |
| **Alberto Gonzales, Jack Kemp, John** | : | |
| **Doe 1, John Doe 2, Harry Sullivan,** | : | |
| **Eddie Sullivan, Derrick Kerby,** | : | (cmplnt. filed: 01-02-08) |
| **Tommy Zurita, Farid Rashid; Tracie** | : | |
| **Mitchell, Jensen Barber, Eugene** | : | **Electronically Filed Document** |
| **Jones,      C.O. Rakus, Gerald** | : | |
| **Gavin, William Wetzl, Mr. Kane,** | : | |
| **Edward Martin, Jeffrey Beard** | : | |
| **Defendants** | : | |

### MOTION TO DISMISS BY DEFENDANTS RAKUS, GAVIN, WETZL, KANE, MARTIN and BEARD

AND NOW, comes the Commonwealth Defendants (Rakus, Gavin, Wetzl, Kane, Martin and Beard) by and through their attorney of record, Senior Deputy Attorney General Timothy P. Keating, and submits the following in support of the hereinafter requested relief:

1. On January 2, 2008, plaintiff, an inmate acting pro se, filed the current complaint.

2. The complaint alleges that the plaintiff has had a long standing association with various criminals in the Washington D.C. area who have been involved in criminal drug activity, including murder, intimidation and other acts in furtherance of distributing illegal drugs. Plntff.'s cmplnt. at para. 31-40.

3. The complaint alleges that in 2007, while plaintiff was being housed as an inmate at State Corrections Institute Mahanoy ("SCI-Mahanoy"), Pennsylvania, various defendants plotted to have him stabbed by other inmates. Id. at para. 99.

4. The complaint alleges that despite the fact that the plaintiff notified corrections officers at SCI-Mahanoy of the plot he was assaulted on January 31, 2007, by other inmates. Id. at para. 105.

5. The complaint alleges that after the assault various corrections staff at SCI-Mahanoy worked in concert to have his inmate grievances destroyed. Id. at para. 109-112.

6. The complaint lists six named defendants who are, or have been, staff associated with SCI-Mahanoy, Pennsylvania, where plaintiff was housed (defendants Rakus, Gavin, Wetzl, Kane, Martin), or with the Pennsylvania Department of Corrections (defendant Beard) (referred to herein collectively as the "Commonwealth defendants"). Id. at para. 24-29.

7.  The claims against the Commonwealth defendants are based on a "failure to protect" theory, and a "interference with access to the courts" theory. Id. at para. 4.

8.  There are no allegations in the complaint which would subject the Commonwealth defendants to the personal jurisdiction of the United States District Court for the District of Columbia and therefore they should be stricken from the action.

9.  Plaintiff's complaint against the Commonwealth defendants should also be dismissed for failure to demonstrate that plaintiff is entitled to relief, and failing to state a claim upon which relief can be granted, because the complaint is legally insufficient against the Commonwealth defendants to set forth a claim against them, in that complaint on its face fails to plead sufficient facts to support a claim against the Commonwealth defendants.

10.  Plaintiff's complaint against the Commonwealth defendants should be dismissed for failure to demonstrate that plaintiff is entitled to relief, and failing to state a claim upon which relief can be granted, because the complaint is legally insufficient against the Commonwealth defendants to set forth a claim against them, in that it fails to demonstrate that the Commonwealth defendants were negligent in providing safe housing for the defendant and/or engaged in any activity which denied the plaintiff access to the courts for judicial redress.

11. A brief in support of the Commonwealth defendants' motion to dismiss will be filed within the applicable time limits set forth in the rules of civil procedure.

**WHEREFORE**, the Commonwealth defendants respectfully request this Honorable Court to dismiss with Plaintiff's Complaint with prejudice as it relates to them and enter judgment in their favor.

Respectfully submitted,

THOMAS W. CORBETT, JR.
Attorney General

By:  *s/ Timothy P. Keating*
TIMOTHY P. KEATING
Senior Deputy Attorney General
Attorney ID 44874    ECF: Yes

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 783-1471
Fax:    (717) 772-4526
tkeating@attorneygeneral.gov
Date: March 3, 2008

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Civil Litigation Section

United States District Court for the District
Of Columbia - Civil Division

| | | |
|---|---|---|
| **Richard M. Harris, DS-6687,** | : | |
| Plaintiff | : | No. 1:08-cv-00113 |
| | : | |
| v. | : | (Judge Emmet G. Sullivan) |
| | : | |
| **U.S. Dept. of Justice, U.S. C.I.A.,** | : | |
| **Alberto Gonzales, Jack Kemp, John** | : | |
| **Doe 1, John Doe 2, Harry Sullivan,** | : | |
| **Eddie Sullivan, Derrick Kerby,** | : | (cmplnt. filed: 01-02-08) |
| **Tommy Zurita, Farid Rashid; Tracie** | : | |
| **Mitchell, Jensen Barber, Eugene** | : | **Electronically Filed Document** |
| **Jones, C.O. Rakus, Gerald** | : | |
| **Gavin, William Wetzl, Mr. Kane,** | : | |
| **Edward Martin, Jeffrey Beard** | : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

I, Timothy P. Keating, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 3, 2008, I caused to be served a true and correct copy of the foregoing document titled Motion to Dismiss by Defendants Rakus, Gavin, Wetzl, Kane, Martin and Beard by first class pre-paid postage on the following:

Richard m. Harris #DS-6607
SCI-Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, Pa.  16653

/s/ Timothy P. Keating
**TIMOTHY P. KEATING**
**Senior Deputy Attorney General**

United States District Court for the District
Of Columbia - Civil Division

| | | |
|---|---|---|
| **Richard M. Harris, DS-6687,** | : | |
| **Plaintiff** | : | No. 1:08-cv-00113 |
| | : | |
| v. | : | (Judge Emmet G. Sullivan) |
| | : | |
| **U.S. Dept. of Justice, U.S. C.I.A.,** | : | |
| **Alberto Gonzales, Jack Kemp, John** | : | |
| **Doe 1, John Doe 2, Harry Sullivan,** | : | |
| **Eddie Sullivan, Derrick Kerby,** | : | (cmplnt. filed: 01-02-08) |
| **Tommy Zurita, Farid Rashid; Tracie** | : | |
| **Mitchell, Jensen Barber, Eugene** | : | **Electronically Filed Document** |
| **Jones,    C.O. Rakus, Gerald** | : | |
| **Gavin, William Wetzl, Mr. Kane,** | : | |
| **Edward Martin, Jeffrey Beard** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration

of Defendant's Rakus, Gavin, Wetzl, Kane, Martin and Beard Motion to Dismiss,

it is hereby GRANTED.

As such, these defendants are DISMISSED, with prejudice, from the action.

_____
**JUDGE SULLIVAN**
**UNITED STATES DISTRICT JUDGE**