Case 1:08-cv-00113-EGS   Document 8   Filed 02/29/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

RICHARD M. HARRIS,

    Plaintiff,

Vs.

U.S. Dept. of Justice, et. al,

    Defendants.

Case No. 1:08-cv-0113-EGS
(Judge Sullivan)

*[Handwritten annotation: Leave to File is Granted. [signature] 2/29/08]*

**MOTION FOR SERVICE OF SUMMONS AND COMPLAINT
BY UNITED STATES MARSHALS SERVICE**

Plaintiff Richard M. Harris ("Mr. Harris"), pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure, hereby MOVES this Court to enter and order directing that service of the defendants in this matter be done by United States Marshals Service. Mr. Harris further Moves the Court to direct the Clerk to provide the Marshals Service with copies of the Summons and Complaint for the purpose of effectuating service.

Wherefore, Mr. Harris prays that this motion be granted.

Respectfully submitted,

[signature]
Richard M. Harris
Plaintiff

Richard M. Harris #DS-6687
SCI-Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

DATED: 2/21/08