**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD M. HARRIS,<br><br>     Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, *et al.*,<br><br>     Defendants. | Civil Action No.  08-0113 (EGS) |

**ORDER**

Plaintiff is proceeding *pro se* and *in forma pauperis*, and officers of the Court are responsible for issuing summonses and for causing them to be served on the defendants. *See* 28 U.S.C. § 1915(d), Fed. R. Civ. P. 4(c)(3). Accordingly, it is hereby

ORDERED that plaintiff's Motion for Service of Summons and Complaint by [the] United States Marshals Service [Dkt. #8] is DENIED as moot.

SO ORDERED.

Signed:       EMMET G. SULLIVAN
                United States District Judge
Dated:        March 4, 2008