IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

RICHARD M. HARRIS,

        Plaintiff,

Vs.                                  : Civil Action No. 08-0113(EGS)

U.S. DEPT. OF JUSTICE, et al.,

        Defendants.

RECEIVED
MAR 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Richard M. Harris ("Plaintiff"), pursuant to the Federal Rules of Civil Procedure, hereby Moves for a twenty (20) day extension of time within which to respond to the motions to dismiss filed by Defendants Rakus, Gavin, Wetzl, Kane, Martin, Beard, and Barber.

1. On January 2, 2008, Plaintiff, a prisoner at the State Correctional Institution at Smithfield ("SCI-Smithfield") located in Huntingdon, Pennsylvania, initiated this action seeking damages for injuries sustained by him as a result of a civil conspiracy in violation of 42 U.S.C. §1985( 2 ).

2. On March 3, 2008, Defendants Rakus, Gavin, Wetzl, Kane, Martin, and Beard moved for their dismissal from the action on the grounds that this Court lacks personal jurisdiction over them.

3. On March 3, 2008, Defendant Barber also moved for dismissal of the claims against him. Defendant Barber argues

1

that: (1) the Complaint fails to state a claim upon which relief could be granted; (2) the claims against him are time-barred; and (3) Plaintiff is estopped from pursuing those claims by the terms of a settlement agreement reached in an unrelated action between Plaintiff and Defendant Parber.

4. On or about March 4, 2008, this Court entered two separate Orders directing that Plaintiff's response to the above-mentioned motions to dismiss be filed on or before April 7, 2008. However, for the reasons discussed below, Plaintiff will be unable to meet the April 7, 2008, deadline.

5. Plaintiff certainly intends to submit responses addressing the issues raised in both motions to dismiss. However, as mentioned above, Plaintiff is an inmate confined at a State prison located in the Commonwealth of Pennsylvania. The facility where Plaintiff is confined maintains a law library for use by inmates in preparing legal papers. And, Plaintiff is currently on the waiting list for access to those facilities in order to research the issues raised by Defendants and to prepare a response to them. Yet, as there is a significant backlog of inmates awaiting access to the facility's law library, Plaintiff has been advised that he will not be able to use the law library until approximately April 15, 2008.

6. In addition, Plaintiff's response will be further delayed by his need to obtain and review certain D.C. Code materials not available at the law library where he is confined. At least two of the issues raised by Defendants involve the application of District of Columbia statues. However, D.C. Code materials

are not available at the Pennsylvania facility where Plaintiff is currently housed. Instead, these materials have to be obtained from the State Law Library via inter-library loan. Plaintiff has requested the materials, but they will not likely be received for several weeks.

7. At this point, Plaintiff anticipates that he will be able to have his responses prepared and filed on or shortly before April 27, 2008. Consequently, he requests that this Court grant him an additional twenty (20) days within which to file his responses to both motions to dismiss.

WHEREFORE, Plaintiff prays that his motion for enlargement of time be granted.

Respectfully submitted,

Richard M. Harris
Plaintiff

Richard M. Harris #DS-6687
SCI-Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

CERTIFICATE OF SERVICE

I, Richard M. Harris, hereby certify that a true and exact copy of the foregoing MOTION FOR ENLARGEMENT OF TIME was mailed, first-class postage prepaid, to:

Timothy P. Keating, Esq.
**Senior Deputy Attorney General**
Office of the Attorney General
**15th Floor, Strawberry Square**
Harrisburg, PA 17120

Curt S. Hansen, Esq.
**Hansen & Associates, P.C.**
419 7th Street, N.W., Suite 201
Washington, D.C. 20004

Richard M. Harris

DATED: MARCH 24, 2008