IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RICHARD M. HARRIS, | : |
| Plaintiff, | : |
| | : |
| Vs. | : Civil Action No. 08-0113(EGS) |
| | : |
| U.S. DEPT. OF JUSTICE, et al., | : |
| Defendants. | : |

RECEIVED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL

Plaintiff Richard M. Harris ("Plaintiff"), for the reason(s) set forth below, hereby MOVES this Court to enter an Order granting him leave to file his response to Defendant Barber's motion to dismiss under seal.

In support of this motion, Plaintiff states the following:

1. On January 2, 2008, Plaintiff initiated this action seeking monetary damages for injuries sustained by him as the result of a civil conspiracy in violation of 42 U.S.C. §1985(2). The Complaint filed by Plaintiff in this case essentially alleges that various individuals with ties to a large-scale D.C. area narcotics ring conspired together to orchestrate two violent attacks upon Plaintiff in retaliation for him having appeared before a grand jury of this Court.

2. One of the defendants named in the Complaint is Jensen Egerton Barber, Esq. -- a D.C. area criminal defense attorney who represented Plaintiff in connection with the above-mentioned

grand jury proceedings. With respect to Defendant Barber, the Complaint alleges that he was a participant in the aforementioned conspiracy, and that he actively assisted the other conspirators by providing them with access to confidential and legally privileged information learned by him during his representation of Plaintiff.

3. On March 3, 2008, Defendant Barber moved for the dismissal of the claims against him. Defendant Barber argues, among other things, that Plaintiff's Complaint lacks sufficient specificity with respect to the information that Barber is alleged to have provided to the other conspirators.

4. By Order entered on or about March 4, 2008, Plaintiff's response to Defendant Barber's motion to dismiss is due on April 7, 2008. And, the issue concerning the specific information Defendant Barber is alleged to have revealed to his co-conspirators is one that is capable of being addressed in Plaintiff's response to that motion. In fact, Plaintiff is eager to do so. However, to adequately address this issue, as well as others raised by Defendant Barber in his motion to dismiss, it appears likely that Plaintiff will be forced to reveal and discuss substantial amounts of privileged attorney-client information, including information which may not be known to the other defendants in this case. Moreover, as filings in civil cases before this are generally available to the public, responding to Barber's motion will also force Plaintiff to reveal such privileged information to the general public.

5. Consequently, in order to avoid the risk of disclosure

of privileged attorney-client information that may not already be known to either the other defendants or to the general public, Plaintiff requests that this Court: (1) grant him leave to file his response to Defendant Barber's motion to dismiss under seal; and (2) issue an appropriate order to the Clerk directing that said response be so filed.

Respectfully submitted,

Richard M. Harris
Plaintiff

Richard M. Harris #DS-6537
SCI-Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

CERTIFICATE OF SERVICE

I, Richard M. Harris, hereby certify that a true and exact copy of the foregoing MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL was mailed, first-class postage prepaid, to:

Timothy P. Keating, Esq.
Senior Deputy Attorney General
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Curt S. Hansen, Esq.
Hansen & Associates, P.C.
419 7th Street, N.W., Suite 201
Washington, D.C. 20004

                                                                  _/s/ Richard M. Harris_
                                                                  Richard M. Harris

Dated: March 25, 2008