UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HARRIS** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE, et al.,** )<br>)<br>**Defendants.** )<br>) | ) Civil Action No. 08-00113 (EGS)<br>)  (ECF) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case.  Federal Defendants' answer is due April 14, 2008.  Federal Defendants request to and including May 19, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint *pro se*, and brings this action against the United States Department of Justice, former Attorney General, Alberto Gonzales, the United States Central Intelligence Agency and the former Secretary of Housing and Urban Development, Jack Kemp.[1]

Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

The process of determining whether such representation is necessary is underway.  This is Federal Defendants first request for an extension.

---

1   By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

April 14, 2008                                             Respectfully submitted,

 

                                                                       _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                                       /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                                       _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

Richard M. Harris
DC# 6687
Smithfield State Correctional Institute
POB 999
Huntingdon, PA 16652


on this 14th day of April 2008      /s/_____
                                                              KENNETH ADEBONOJO
                                                              Assistant United States Attorney