*Leave to File is Granted.*

*EGS 4/28/08*

Richard M. Harris #DS-6687
SCI-Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA  16652

March 10, 2008

Clerk's Office
United States District Court
For The District Of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

    Re: Richard M. Harris v. U.S. Dept. of Justice, et al.
        Civil Action No. 08-0113 (EGS)

To whom it may concern:

    In January of this year, I filed the above-captioned civil action in your court. I was granted leave to proceed *in forma pauperis* and it is my understanding that your office arranged for the service of the Summons and Complaint upon the defendants (At least, those defendants for whom I had addresses). I know that *some* of the defendants have already been served because they have made appearances in the case. However, as of this date, I have not received any response(s) from defendants Michelle Carter, Tracie Mitchell, Derrick Kirby, Eugene Jones, and Harry Sullivan, Jr. -- all of whom I provided addresses for.

    Could you tell me whether defendants Carter, Mitchell, Kirby, Jones, and Harry Sullivan, Jr., have been served with Summons and Complaint, yet? And, if so, have *any* of these defendants filed responses with the court. I'm concerned that these defendants may attempt to evade service and/or file responses with the court without providing me with copies in accordance with the Federal Rules of Civil Procedure. If possible, would you also send me a copy of the docket sheet for my records.

    Thanks for your time and attention to this matter. I eagerly await your reply.

                                        Sincerely yours,

                                        Richard M. Harris