UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HARRIS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08-00113 (EGS) |
| | ) (ECF) |
| **DEPARTMENT OF JUSTICE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due May 19, 2008. Federal Defendants request to and including June 23, 2008, to file an answer or otherwise respond to the complaint. There is good cause to grant this motion.

1. Plaintiff, *pro se*, brings this action against the United States Department of Justice, former Attorney General, Alberto Gonzales, the United States Central Intelligence Agency and the former Secretary of Housing and Urban Development, Jack Kemp.[1] Plaintiff is suing former Attorney General Gonzales in his official and individual capacities and former Secretary of Housing and Urban Development, Jack Kemp, in his individual capacity only.

2. Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

3.      The process of determining whether such representation is necessary is underway. Determining whether representation for former Secretary Kemp has been complicated by the fact that Plaintiff's allegations generally date back to the 1980 until recently and it is not clear whether the allegations pertain to a period when the former Secretary was still in office.

4.      In addition, Defendant has not yet procured services on the Central Intelligence Agency.

5.      This extension would enable the remaining representation issues to be completed and, presumably, for Plaintiff to properly serve the Central Intelligence Agency and thereby enable Defendant to file a combined response to Plaintiff's complaint on behalf of all Federal Defendants.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

May 19, 2008                               Respectfully submitted,

                                           _/s/_____
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney

                                            _/s/_____
                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Assistant United States Attorney

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

       /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify that I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

Richard M. Harris
DC# 6687
Smithfield State Correctional Institute
POB 999
Huntingdon, PA 16652

on this 19th day of May, 2008        /s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney