IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RECEIVED
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD M. HARRIS,
    PLAINTIFF,

VS.

U.S. DEP'T OF JUSTICE, ET AL.
    DEFENDANTS

CASE NO. 08-CV-113(EGS)

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff Richard M. Harris ("Harris"), pursuant to the Federal Rules of Civil Procedure, hereby moves for an enlargement of time within which to respond to the motions to dismiss filed by Defendants Barber, Rakus, Gavin, Wetzl, Kane, Martin, and Beard. Harris requests an enlargement of time up to and through June 20, 2008. There is good cause for this motion.

1. The above-mentioned defendants have moved for dismissal of the claims against them pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. By order, Harris's response(s) to their motions is due on or before June 6, 2008.

2. At this point, Harris's responses have been perfected. However, because of his limited financial means, Harris is currently unable to afford the costs photocopying his responses and paying the necessary postage to mail them to the court and opposing counsel.

3. Harris's sole means of income is from his prison job which

pays 25¢ per hour. Harris is paid on a monthly basis and his pay for the preceding month will not be posted until on or about June 15, 2008. However, as soon as his pay is posted, Harris will be able to photocopy his responses and mail them to both the Court and counsel.

4. Consequently, for the reasons set forth above, Harris requests that this Court extend the time for him to file his responses to the defendants' motions to dismiss until June 20, 2008. A minute order is requested.

Respectfully submitted,

Richard M. Harris #DS-6687
SCI - Smithfield
P.O. Box 999
Huntingdon, PA 16652

## CERTIFICATE OF SERVICE

I, RICHARD HARRIS, HEREBY CERTIFY THAT TRUE AND EXACT COPY OF THE FOREGOING MOTION FOR ENLARGEMENT OF TIME IS THIS DAY BEING MAILED TO:

TIMOTHY P. KEATING, ESQ.
SENIOR DEPUTY ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
15TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

CURT S. HANSEN, ESQ.
HANSEN & ASSOCIATES, P.C.
419 7TH STREET, N.W. SUITE 201
WASHINGTON, D.C. 20004

KENNETH ADEBONOJO, ESQ.
ASSISTANT UNITED STATES ATTORNEY
JUDICIARY CENTER BUILDING
555 4TH STREET, N.W. — CIVIL DIVISION
WASHINGTON, D.C. 20530

ON THIS 5TH DAY OF JUNE 2008.

_____
RICHARD HARRIS