UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HARRIS** )<br>)<br>**Plaintiff,** )<br>)<br>) Civil Action No. 08-00113 (EGS)<br>**v.** ) (ECF)<br>)<br>**DEPARTMENT OF JUSTICE, et al.,** )<br>)<br>**Defendants.** )<br>) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The United States Department of Justice, the Central Intelligence Agency, Alberto Gonzales, former Attorney General of the United States of America, and Jack Kemp, former Secretary of Housing and Urban Development ("Federal Defendants"),[1] by and through the undersigned counsel hereby request an extension of time to answer or otherwise response to Plaintiff's complaint. Federal Defendants' answer is due June 23, 2008. Federal Defendants request to and including July 7, 2008. There is good cause to grant this motion.

1. Federal Defendants' response to Plaintiff's complaint is substantially complete.

2. However, it appears from the docket sheet that Plaintiff has not been able to procure service on Federal Defendant, Central Intelligence Agency. Docket Entry 26.

3. A comprehensive response on behalf of all Federal Defendants is less burdensome on the parties as well as the Court.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

4.	This brief extension should enable Plaintiff to properly serve the Central Intelligence Agency.

Because Plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply.[2]

WHEREFORE, Federal Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

June 23, 2008                                                       Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

Richard M. Harris
DC# 6687
Smithfield State Correctional Institute
POB 999
Huntingdon, PA 16652


on this 23rd day of June, 2008         /s/_____
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney