IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Leave to File
Granted
[signature]
6/30/08

RICHARD M. HARRIS,

PLAINTIFF,

VS.

U.S. DEP'T OF JUSTICE, ET AL.,

DEFENDANTS.

CIVIL ACTION No. 08-CV-0113(EGS)

REQUEST FOR ENTRY OF DEFAULT
OF DEFENDANT MICHELLE CARTER

To: Clerk of Court
United States District Court
For the District of Columbia

You will please enter the default of defendant Michelle Carter for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of Richard M. Harris.

DATED: 6/15/08

Richard M. H[...]
RICHARD M. HARRIS, PLAINTIFF
SCI-SMITHFIELD
P.O. BOX 999, 1720 PIKE ST.
HUNTINGDON, PA 16652

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,
    PLAINTIFF;

VS.

U.S. DEP'T OF JUSTICE, ET AL.,
    DEFENDANTS.

CIVIL ACTION NO. 08-CV-0113 (EGS)

## AFFIDAVIT FOR ENTRY OF DEFAULT

PLAINTIFF RICHARD M. HARRIS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PRO SE PLAINTIFF IN THE ABOVE-CAPTIONED MATTER.

2. DEFENDANT MICHELLE CARTER WAS SERVED BY UNITED STATES MARSHALS SERVICE WITH A COPY OF THE SUMMONS AND COMPLAINT IN EARLY FEBRUARY OF 2008 AS APPEARS FROM THE PROOF OF SERVICE ON FILE IN THIS CASE.

3. DEFENDANT CARTER HAS NOT FILED OR SERVED AN ANSWER OR TAKEN OTHER ACTION AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN FOUR (4) MONTHS HAVE PASSED SINCE THE DATE UPON WHICH SHE WAS SERVED.

4. DEFENDANT CARTER IS NOT AN INFANT OR INCOMPETENT PERSON.

5. DEFENDANT CARTER IS NOT IN THE MILITARY SERVICE OF

THE UNITED STATES.

6. DEFENDANT CARTER IS INDEBTED TO POE FOR A SUM CERTAIN IN THE AMOUNT OF $500,000, AS APPEARS FROM THE COMPLAINT IN THIS CASE. See COMPLAINT AT PARAGRAPH 115(b).

7. DEFENDANT CARTER IS FURTHER INDEBTED TO ME FOR COSTS IN THE AMOUNT OF $350 FOR THE CIVIL ACTION FILING FEE IN THIS CASE.

" I, RICHARD M. HARRIS, HEREBY SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF."

DATED: 6/15/08

_____
RICHARD M. HARRIS
AFFIANT

RICHARD M. HARRIS # DS-6687
SCI- SMITHFIELD
P.O. BOX 999, 1120 PIKE ST.
HUNTINGDON, PA 16652

<u>CERTIFICATE OF SERVICE</u>

I, RICHARD M. HARRIS, HEREBY CERTIFY THAT I AM THIS DAY CAUSING A TRUE AND EXACT COPY OF THE FOREGOING <u>REQUEST FOR ENTRY OF DEFAULT</u> TO BE SERVED BY MAIL, FIRST-CLASS POSTAGE PREPAID, UPON THE FOLLOWING:

MICHELLE A. CARTER
522 50TH PLACE, N.E.
WASHINGTON, D.C. 20019

DATED: 6/15/08

_____
RICHARD M. HARRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,
    PLAINTIFF,

VS.

U.S. DEP'T OF JUSTICE, ET AL.,
    DEFENDANTS.

CIVIL ACTION NO. 08-CV-0113 (EGS)

### REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT EDDIE SULLIVAN

To: Clerk of Court
    United States District Court
    For the District of Columbia

You will please enter the default of Defendant Eddie Sullivan for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of Richard M. Harris.

DATED: 6/15/08

                                    _/s/ Richard M. H_____
                                    RICHARD M. HARRIS, PLAINTIFF
                                    SCI - SMITHFIELD
                                    P.O. Box 999, 1120 Pike St.
                                    Huntingdon, PA 16652

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,
    PLAINTIFF,

VS.                      CIVIL ACTION NO. 08-CV-0113(EGS)

U.S. DEP'T OF JUSTICE, ET AL.,
    DEFENDANTS.

## AFFIDAVIT FOR ENTRY OF DEFAULT

PLAINTIFF RICHARD M. HARRIS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PRO SE PLAINTIFF IN THE ABOVE-CAPTIONED MATTER.

2. DEFENDANT EDDIE SULLIVAN WAS SERVED BY UNITED STATES MARSHALS SERVICE WITH A COPY OF THE SUMMONS AND COMPLAINT IN EARLY FEBRUARY OF 2008 AS APPEARS FROM THE PROOF OF SERVICE ON FILE IN THIS CASE.

3. DEFENDANT EDDIE SULLIVAN HAS NOT FILED OR SERVED AN ANSWER OR TAKEN OTHER ACTION AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN FOUR (4) MONTHS HAVE PASSED SINCE THE DATE UPON WHICH HE WAS SERVED.

4. DEFENDANT EDDIE SULLIVAN IS NOT AN INFANT NOR INCOMPETENT PERSON.

5. DEFENDANT EDDIE SULLIVAN IS NOT IN THE MILITARY SERVICE OF

THE UNITED STATES.

6. DEFENDANT EDDIE SULLIVAN IS INDEBTED TO ME FOR A SUM CERTAIN IN THE AMOUNT OF $500,000 AS APPEARS FROM THE COMPLAINT IN THIS CASE. <u>SEE</u> COMPLAINT AT PARAGRAPH 115(b).

7. DEFENDANT EDDIE SULLIVAN IS FURTHER INDEBTED TO ME FOR COSTS IN THE AMOUNT OF $350 FOR THE CIVIL ACTION FILING FEE IN THIS CASE.

" I, RICHARD M. HARRIS, HEREBY SWEAR UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF."

DATED: 6/15/08

_Richard M. Harris_
RICHARD M. HARRIS
AFFIANT

RICHARD M. HARRIS # DS-6687
SCI - SMITHFIELD
P.O. BOX 999, 1120 PIKE STREET
HUNTINGDON, PA 16652

## CERTIFICATE OF SERVICE

I, RICHARD M. HARRIS, HEREBY CERTIFY THAT I AM THIS DAY CAUSING A TRUE AND EXACT COPY OF THE FOREGOING REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT EDDIE SULLIVAN TO BE SERVED BY MAIL, FIRST-CLASS POSTAGE PREPAID, UPON THE FOLLOWING:

EDDIE SULLIVAN
9 BASS CIRCLE, S.E. APT# 202
WASHINGTON, D.C. 20019

DATED: 6/15/08

_____
RICHARD M. HARRIS