UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HARRIS**, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE, et al.**, )<br>)<br>Defendants. )<br>) | )<br>)<br>)<br>)<br>) Civil Action No. 08-00113 (EGS)<br>) (ECF) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The United States Department of Justice, the Central Intelligence Agency, Alberto Gonzales, former Attorney General of the United States of America, and Jack Kemp, former Secretary of Housing and Urban Development ("Federal Defendants"),[1] by and through the undersigned counsel hereby request an extension of time to answer or otherwise response to Plaintiff's complaint. Federal Defendants' answer is due July 3, 2008. Federal Defendants request to and including July 7, 2008. There is good cause to grant this motion.

1.   Although Federal Defendants' response to Plaintiff's complaint is substantially complete, there are a few outstanding questions that the undersigned should clarify with Agency Counsel before filing.

2.   Accordingly, Defendants seek this brief extension to enable the undersigned to confer with Agency Counsel and to submit for Defendants' response for supervisory review.

---

[1]   By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

3.  Because Plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply.[2]

WHEREFORE, Federal Defendants respectfully request that this enlargement be granted.

A minute order is respectfully requested.

July 3, 2008                                    Respectfully submitted,

                                                 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                 /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

Richard M. Harris
DC# 6687
Smithfield State Correctional Institute
POB 999
Huntingdon, PA 16652

on this 3rd day of July, 2008    ___/s/_____
                                                   KENNETH ADEBONOJO
                                                   Assistant United States Attorney