**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| RICHARD M. HARRIS,<br>　　　Plaintiff,<br>　　vs.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>　　　Defendant | Case No. 08-cv-113 EGS |

**DEFENDANT BARBER'S MOTION TO REVIEW**
**PLAINTIFF'S OPPOSITION TO DEFENDANT BARBER'S**
**MOTION TO DISMISS, FILED UNDER SEAL**

　　　Comes now Defendant Barber, by and through undersigned counsel, and moves this Court for an Order permitting Defendant leave to review the Memorandum in Opposition to Barber's Motion to Dismiss, filed under seal by Plaintiff on or about June 26, 2008. On May 21, 2008 this Court granted Plaintiff's motion to file under seal his Opposition to Defendant Barber's Motion to Dismiss. On or about June 26, 2008, Plaintiff filed his Opposition but did not serve a copy on Defendant Barber. Barber cannot view the Opposition without leave of this Court. Barber seeks such leave through this motion.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　 /S/ Curt S, Hansen_____
　　　　　　　　　　　　　　　　CURT S. HANSEN, D.C. Bar 414782
　　　　　　　　　　　　　　　　Hansen & Associates, P.C.
　　　　　　　　　　　　　　　　419 7th St., N.W., Suite 405
　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　(202) 638-6700
　　　　　　　　　　　　　　　　(202) 638-4279  Fax

CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing to be mailed by first class mail, U.S. postage prepaid, to Richard Harris, and served electronically upon the following parties and/or counsel, this 7th of July, 2008:

Richard M. Harris
DC # 6687
Smithfield State Correctional Inst.
POB 999
Huntingdon, PA 16652

Timothy P. Keating, Esq.
Senior Deputy Attorney General
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

                        /S/ Curt S. Hansen
                        CURT S. HANSEN

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RICHARD M. HARRIS,<br>    Plaintiff,<br>vs.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>    Defendant | Case No.  08-cv-113 EGS |

ORDER

Upon consideration of Defendant Barber's Motion to review Plaintiff's opposition to defendant Barber's Motion to dismiss, filed under seal, and in consideration of any opposition filed thereto, it is this ___ day of _____, 2008 herein

ORDERED that the motion be and hereby is GRANTED; and it is further

ORDERED that the Clerk of the Court provide Barber and his Counsel of record a copy of Plaintiff's Memorandum in Opposition to Defendant Barber's Motion to Dismiss

_____
JUDGE, U.S. DISTRICT COURT

cc:

Curt S. Hansen
Hansen & Associates, PC
419 7th ST., N.W., Suite 405
Washington, D.C. 20004

Richard M. Harris
DC # 6687
Smithfield Correctional Inst.
POB 999
Huntingdon, PA  16652