UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD M. HARRIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0113 (EGS) |
| U.S. DEP'T OF JUSTICE *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

The federal defendants have filed a motion to dismiss the complaint. Because the motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). In other words, the Court may treat as conceded any motion not opposed within the time limits prescribed. Alternatively, the Court may consider on the merits any motion not opposed within the time limits prescribed. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. It is therefore

ORDERED that plaintiff shall file his response to the defendant's motion to dismiss the complaint no later than August 12, 2008.  If plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

 

Date:  July 9, 2008

/s/
EMMET G. SULLIVAN
United States District Judge