IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,
  PLAINTIFF,

VS.                                    CIVIL ACTION NO. 08-CV-0113 (EGS)

U.S. DEP'T OF JUSTICE, ET AL,
  DEFENDANTS.

## REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT DERRICK KIRBY

TO: CLERK OF COURT
    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA

You will please enter the default of defendant Derrick Kirby for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of Richard M. Harris.

DATED: 6/15/08

                                        Richard M. Harris
                                        RICHARD M. HARRIS, PLAINTIFF
                                        SCI-SMITHFIELD
                                        P.O. BOX 999, 1120 PIKE ST.
                                        HUNTINGDON, PA 16652

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,

    PLAINTIFF,

VS.                                                                                       CIVIL ACTION No. 08-CV-0113(EGS)

U.S. DEP'T OF JUSTICE, ET AL.,

    DEFENDANTS.

## AFFIDAVIT FOR ENTRY OF DEFAULT

PLAINTIFF RICHARD M. HARRIS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PRO SE PLAINTIFF IN THE ABOVE-CAPTIONED MATTER.

2. DEFENDANT DERRICK KIRBY WAS SERVED BY UNITED STATES MARSHALS SERVICE WITH A COPY OF THE SUMMONS AND COMPLAINT IN EARLY FEBRUARY OF 2008 AS APPEARS FROM THE PROOF OF SERVICE ON FILE IN THIS CASE.

3. DEFENDANT KIRBY HAS NOT FILED OR SERVED AN ANSWER OR TAKEN OTHER ACTION AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN FOUR (4) MONTHS HAVE PASSED SINCE THE DATE UPON WHICH HE WAS SERVED.

4. DEFENDANT KIRBY IS NOT AN INFANT NOR INCOMPETENT PERSON.

5. DEFENDANT KIRBY IS NOT IN THE MILITARY SERVICE OF THE

UNITED STATES.

6. Defendant Kirby is indebted to me for a sum certain in the amount of $500,000 as appears from the Complaint in this case. See Complaint at paragraph 115(b).

7. Defendant Kirby is further indebted to me for costs in the amount of $350 for the civil action filing fee in this case.

"I, Richard M. Harris, hereby swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief."

Dated: 6/15/08

*Richard M. Harris*
Richard M. Harris
Affiant

Richard M. Harris # DS-6687
SCI - Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

## Certificate of Service

I, RICHARD M. HARRIS, HEREBY CERTIFY THAT I AM THIS DAY CAUSING A TRUE AND EXACT COPY OF THE FOREGOING REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT DERRICK KIRBY TO BE MAILED, FIRST-CLASS POSTAGE PREPAID, UPON THE FOLLOWING:

Derrick Kirby
2141 36th Place, S.E.
Washington, D.C. 20020

DATED: 6/15/08

Richard M. Harris
RICHARD M. HARRIS