UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Richard M. Harris_
Plaintiff(s)

vs

Civil Action No. _08-113 EGS_

_U.S. Department of Justice,_
_ET AL_  Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_Eddie Sullivan_
_____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _September 12, 2008_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_/s/_
UNITED STATES DISTRICT JUDGE

_7/23/08_

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Richard H. Harris_

vs.   C.A. No. _08-113 EGS_

_U.S. Department of Justice_
_ETAL_

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____