IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RICHARD M. HARRIS,
    PLAINTIFF,

VS.

U.S. DEP'T OF JUSTICE, ET AL.,
    DEFENDANTS,

CIVIL ACTION No. 08-00113 (EGS)

RECEIVED
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Richard M. Harris ("Plaintiff"), pursuant to Rule 55-56 of the Federal Rules of Civil Procedure and for the reasons set forth herein, hereby moves for the entry of a Default Judgment in his favor and against Defendants Derrick Kirby, Eddie Sullivan, Michelle Carter, and Tracie Mitchell for the monetary damages specified in Plaintiff's Complaint and costs.

In support of this motion, Plaintiff states the following:

1. On or about January 8, 2008, Plaintiff initiated this action seeking monetary damages for physical and mental injuries sustained by him following two violent attack upon him orchestrated by certain of the Defendants in furtherance of a civil conspiracy in violation of 42 U.S.C. § 1985 (2) (relating to civil conspiracies to deter or retaliate against witnesses in Federal Court proceedings).

2. In or around early February of 2008, in accordance with

28 U.S.C. § 1915, Defendants Derrick Kirby, Eddie Sullivan, Michelle Carter, and Tracie Mitchell were served by the U.S. Marshal's Service with copies of both the Summons and Complaint in this case. However, nearly six (6) months have elapsed since the above-mentioned defendants were served and they have not filed nor served upon Plaintiff an Answer to the Complaint. Moreover, the above-named Defendants have not appeared or taken any other action authorized by law. The above-named Defendants are not infants, incompetent persons, or in the service of the U.S. Armed Forces.

3. On or about June 9, 2008, Plaintiff, by affidavit, brought the default of Defendants Kirby, Sullivan, Carter, and Mitchell to the attention of the Clerk and requested the entry of their default. However, although Rule authorizes the Clerk to enter such judgments as a matter of course, Plaintiff has been unable to obtain a formal judgment from the Clerk's office.

4. Consequently, Plaintiff requests that this Court either enter or direct the entry of a Default Judgment for Plaintiff and against Defendants Derrick Kirby, Eddie Sullivan, Michelle Carter and Tracie Mitchell, Jointly and Individually, for the amount sought against them in the Complaint, i.e. $500,000 (see Complaint at 25). Additionally, Plaintiff requests that costs in the amount of $350 be taxed against the above-mentioned defendants for the filing fee in this matter.

Wherefore, for the reasons set forth above, Plaintiff prays that this motion be granted and an appropriate order be issued.

Respectfully Submitted,

*[signature]*
Richard M. Harris
Plaintiff

# CERTIFICATE OF SERVICE

I, RICHARD M. HARRIS, HEREBY CERTIFY THAT I AM THIS DAY CAUSING A TRUE AND EXACT COPY OF THE FOREGOING MOTION FOR ENTRY OF DEFAULT JUDGMENT TO BE SERVED BY MAIL, FIRST-CLASS POSTAGE PREPAID, UPON THE FOLLOWING:

DERRICK KIRBY
2141 36TH PLACE, S.E.
WASHINGTON, D.C. 20019

EDDIE SULLIVAN
BASS CIRCLE, S.E. APT #
WASHINGTON, D.C. 20019

MICHELLE CARTER
522 50TH PLACE, N.E.
WASHINGTON, D.C. 20019

TRACIE MITCHELL
518 50TH PLACE, N.E.
WASHINGTON, D.C. 20019

KENNETH ADEBONOJO
UNITED STATES ATTORNEY'S OFFICE
555 FOURTH STREET, N.W.
WASHINGTON, D.C. 20001

CURT HANSEN, ESQ.
HANSEN & ASSOCIATES
419 SEVENTH STREET, N.W.
SUITE 405
WASHINGTON, D.C. 20004

DATED: JULY 19, 2008

RICHARD M. HARRIS