For the District of Columbia
Civil Division

Richard M. Harris,
  Plaintiff,

vs.

U.S. Dep't of Justice, et al.,
  Defendants

RECEIVED
AUG 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 08-00113 (EGS)

## Motion for Enlargement of Time Within Which to Respond to Federal Defendants' Motion to Dismiss

Plaintiff Richard M. Harris ("Plaintiff"), pursuant to the Federal Rules of Civil Procedure and for the reasons set forth below, hereby moves this Court for a twenty (20) day enlargement of time within which to respond to Federal Defendants' Motion to Dismiss.

1. Federal Defendants have filed a motion to dismiss the action against them pursuant to Rule 12 of the Federal Rules of Civil Procedure. By order of the Court, Plaintiff's response to that motion is due on or before August 12, 2008.

2. Plaintiff is intending to file a response in opposition to the above-mentioned motion to dismiss and possibly an amended complaint directed toward perceived deficiencies raised by Federal Defendants. However, because of significant delays in obtaining access to the facility

law library, plaintiff has been unable to prepare his response to 'Federal Defendants' Motion to Dismiss. Based on the statements of the Facility Librarian, plaintiff anticipates that he will be able to use the law library sometime during the week of August 11, 2008 through August 15, 2008. Plaintiff further anticipates that his response will be prepared and filed shortly thereafter.

3. Consequently, plaintiff requests a twenty (20) day extension within which to respond to Federal Defendants' Motion to Dismiss. Plaintiff requests that an appropriate minute order issue.

Respectfully submitted,

Richard M. Harris
Plaintiff

## Certificate of Service

I, Richard Harris, hereby certify that a true and exact copy of the foregoing Motion for Enlargement of Time was mailed, first-class postage prepaid, to Kenneth Abondongso, AUSA, Office of the United States Attorney, 555 Fourth Street, N.W., Wash. D.C. on this 9th day of August 2008.

Richard Harris #DS-6687
SCI-Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon, PA 16652